UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-01834-TLN-KJN
No. 2:23-cv-01836-TLN-KJN
No. 2:23-cv-01838-TLN-KJN
No. 2:23-cv-01839-TLN-KJN
No. 2:23-cv-01841-TLN-KJN
No. 2:23-cv-01842-TLN-KJN
No. 2:23-cv-01843-TLN-KJN
No. 2:23-cv-01844-TLN-KJN
No. 2:23-cv-01864-TLN-KJN
No. 2:23-cv-01865-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above. The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01834, 2:23-cv-01836, 2:23-cv-01838, 2:23-cv-01839, 2:23-cv-01841, 2:23-cv-01842, 2:23-cv-01843, 2:23-cv-01844, 2:23-cv-01864 and 2:23-cv-01865 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

Date: September 11, 2023

_____
Troy L. Nunley
United States District Judge